No. 02–920. MOORE *v.* LOCAL UNION NO. 58, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 02–921. BROWN *v.* ASENCIO ET AL. Sup. Ct. Va. Certiorari denied.

No. 02–927. EDWARDS ET AL. *v.* UNITED STATES;
No. 02–955. JOHNSON *v.* UNITED STATES; and
No. 02–8163. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 303 F. 3d 606.

No. 02–928. SCOTT *v.* ELO, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 02–929. NOBLE *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 02–933. WILKINS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 02–934. WILSON *v.* MANPOWER INTERNATIONAL, INC. C. A. 11th Cir. Certiorari denied. 

No. 02–935. A WOMAN'S CHOICE-EAST SIDE WOMEN'S CLINIC ET AL. *v.* BRIZZI, PROSECUTING ATTORNEY FOR MARION COUNTY, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 02–937. COX *v.* MILLER, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. 

No. 02–940. MADDOX *v.* AMERICAN AIRLINES, INC. C. A. 8th Cir. Certiorari denied. 

No. 02–941. ROSS *v.* ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied. 

No. 02–943. TIMBERS *v.* CONNECTICUT STATEWIDE GRIEVANCE COMMITTEE. App. Ct. Conn. Certiorari denied. 

No. 02–945. PHILADELPHIA NEWSPAPERS, INC. *v.* NEW JERSEY ET AL. Sup. Ct. N. J. Certiorari denied. 
